Donald Brown, SB # 83347
  E-mail: dbrown@cov.com
Wendy L. Feng, SB # 200813
  E-mail: wfeng@cov.com
COVINGTON & BURLING LLP
One Front Street, 35th Floor
San Francisco, CA 94111
Telephone: (415) 591-6000
Facsimile: (415) 591-6091

M. Alexia DePottere-Smith, SB # 269481
  E-mail: adepottere@cov.com
COVINGTON & BURLING LLP
333 Twin Dolphin Dr., Suite 700
Redwood Shores, CA 94065
Telephone: (650) 632-4700
Facsimile: (650) 632-4800

Attorneys for Defendant
LEGACY VULCAN CORP.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| HDI-GERLING INDUSTRIE VERSICHERUNG AG, for itself and for GERLING-KONZERN GENERAL INSURANCE COMPANY UK BRANCH,<br><br>    Plaintiffs,<br><br>    v.<br><br>LEGACY VULCAN CORP, formerly known as VULCAN MATERIALS COMPANY,<br><br>    Defendant. | Civil Case No. CV11-03486 RGK (JEMx)<br><br>**[PROPOSED] ORDER ON STIPULATION OF DISMISSAL**<br><br>Complaint served: Mar. 25, 2011<br>Trial date: None set |

1  In light of the Stipulation of the parties, and good cause appearing
2  therefor, it is hereby ordered that (1) this action is dismissed without prejudice, in
3  its entirety; and (2) each party shall bear their own costs, attorneys' fees and other
4  fees incurred in connection with this action. The Clerk of the Court is ordered to
5  close the case.

**IT IS SO ORDERED.**

DATED: May 25, 2011

*Gary Klausner*

Hon. R. Gary Klausner
UNITED STATES DISTRICT JUDGE